## JURISDICTIONAL MOTIONS ALLOWED

**92–281.** State v. Ulis. *Lucas County,* No. L–90–264. On motion and cross-motion for leave to appeal. Motions allowed.

**92–515.** Pariano v. Kerr. *Cuyahoga County,* No. 63077. On motion to certify the record and on motion to consolidate with 91–1720, *Pariano v. Kerr,* Cuyahoga County, No. 61973. Motions granted.
WRIGHT and RESNICK, JJ., dissent.

**92–516.** Pariano v. Kerr. *Cuyahoga County,* No. 62984. On motion to certify the record and on motion to consolidate with 91–1720, *supra.* Motions granted.
WRIGHT and RESNICK, JJ., dissent.

**92–625.** Gergely v. Van Voorhis. *Erie County,* Nos. E–90–36 and E–89–10.
DOUGLAS, J., dissents.
RESNICK, J., not participating.

**92–690.** State v. Bethel. *Stark County,* No. CA–8629.
H. BROWN, J., dissents.

**92–767.** Kennecorp Mortgage Brokers, Inc. v. Country Club Convalescent Hosp., Inc. *Lucas County,* No. L–91–157.
MOYER, C.J., HOLMES and RESNICK, JJ., dissent.

## JURISDICTIONAL MOTIONS OVERRULED

**92–301.** Brotherton v. Cleveland. *Hamilton County,* No. C–910111.
H. BROWN and RESNICK, JJ., dissent.

**92–361.** Butler Cty. Bd. of Mental Retardation & Developmental Disabilities v. State Emp. Relations Bd. *Franklin County,* No. 91AP–802.
DOUGLAS, J., dissents.

**92–397.** Stellar Satellite Sys., Inc. v. Warrensville Hts. *Cuyahoga County,* No. 59633.
HOLMES and WRIGHT, JJ., dissent.

**92–435.** Admr. of Veterans Affairs v. Koryta. *Cuyahoga County,* No. 58616.

**92–484.** Petrick v. Barrett. *Cuyahoga County,* No. 63094.

**92–512.** Davis v. Loopco Indus., Inc. *Cuyahoga County,* No. 59594.
WRIGHT and H. BROWN, JJ., dissent.

**92–529.** Frasher v. Beulah Park Ltd. Partnership. *Franklin County,* No. 91AP–930.

**92–530.** Estate of Kirby v. Hamilton Cty. Court of Common Pleas, Juvenile Div. *Hamilton County,* No. C–910100.

**92–541.** Lazzaro v. Picardini. *Lake County,* Nos. 91–L–023 and 91–L–024.
HOLMES, DOUGLAS and WRIGHT, JJ., dissent.

**92–543.** Tri–County Assembly of God, Butler Cty. v. Limbach. *Butler County,* No. CA91–06–105.

**92–550.** Medrano v. Leader Natl. Ins. Co. *Crawford County,* No. 3–91–42.
DOUGLAS, H. BROWN and RESNICK, JJ., dissent.

**92–554.** McKinney v. Walterhouse. *Crawford County,* No. 3–90–27.

**92–558.** Gardner v. Kines. *Stark County,* No. CA–8674.
H. BROWN, J., dissents.

**92–560.** Ohio Office of Collective Bargaining v. Ohio Civ. Serv. Emp. Assn., Local 11, AFSCME. *Franklin County,* No. 91AP–902.